IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICKY MALONE                          :
                                       :
     v.                                :    CIVIL NO. CCB-16-2437
                                       :    Criminal No. CCB-13-0350
UNITED STATES OF AMERICA              :
                              ...o0o...

# MEMORANDUM

Federal prison inmate Ricky Malone has filed a motion to vacate under 18 U.S.C. § 2255 seeking relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015).  Because his career offender status was based on prior qualifying serious drug offenses, rather than crimes of violence, Malone is not entitled to relief under *Johnson*.[1]

Malone was sentenced on May 21, 2014.  The other claims raised in his motion accordingly are time-barred.  His petition will be denied by separate Order which follows.


December 12, 2016                                    /S/
Date                                       Catherine C. Blake
                                           United States District Judge

---

[1] Malone's sentence of 120 months was below the guideline range.